IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WESLEY M. KRAFT,<br><br>　　　　　　　　Defendant. | 4:24CR3004<br><br><br>**FINAL ORDER OF FORFEITURE** |

　　　　This matter is before the Court on the United States' Motion for a Final Order of Forfeiture (Filing No. 43). Having reviewed the record in this case, the Court finds as follows:

　　　　1.　　On July 1, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in the FMJ Model D 45 Caliber handgun (Filing No. 38).

　　　　2.　　Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on July 9, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on September 10, 2024 (Filing No. 42).

　　　　3.　　The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

　　　　4.　　The Motion for Final Order of Forfeiture should be granted.

　　**IT IS ORDERED:**

　　　　1.　　The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 43) is granted;

　　　　2.　　All right, title and interest in and to the FMJ Model D 45 Caliber handgun seized from the Defendant on or about April 20, 2023, held by any person or entity are forever barred and foreclosed;

　　　　3.　　The FMJ Model D 45 Caliber handgun is forfeited to the Government; and

　　　　4.　　The Government is directed to dispose of that currency in accordance with the law.

Dated this 20th day of September, 2024.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge