IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WESLEY M. KRAFT,<br><br>                Defendant. | 4:24CR3004<br><br><br>ORDER |

      This matter comes before the Court on a Request for CD/Transcript by a Non-Party (Filing No. 57). The request is made by a non-party, Faith M. Hansen, as to defendant Wesley M. Kraft. The request asks for the court reporter to transcribe the sentencing proceedings from September 19, 2024. The Court finds that the request should be granted. Accordingly,

      **IT IS ORDERED:**

1. The Request for CD/Transcript by a Non-Party (Filing No. 57) is granted.
2. The non-party, Faith M. Hansen, must contact court reporter, Lisa Grimminger, by email at lggrmrcrr@gmail.com or by phone at 402-437-1908 to make arrangements for the preparation of the transcript and payment.
3. The Clerk of the Court is directed to mail a copy of this order to the non-party's address contained in Filing No. 57.

Dated this 22nd day of November, 2024.

                                            BY THE COURT:

                                            */s/ Susan M. Bazis*
                                            Susan M. Bazis
                                            United States District Judge